Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: CR405-00286-001 |
| Mona Michelle Rhoe | ) USM No: 12465-021 |
| Date of Previous Judgment: April 10, 2006 | ) William G. Bell, III |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __48 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 29  Amended Offense Level: 27
Criminal History Category: IV  Criminal History Category: IV
Previous Guideline Range: 121 to 151 months  Amended Guideline Range: 100 to 125 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain): The previous term of imprisonment was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure, and the reduced sentence is less than the amended guideline range for the same reason pronounced at sentencing. Further, the defendant has completed a drug education program while incarcerated and has not presented any major disciplinary issues.

### III. ADDITIONAL COMMENTS
If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated April 10, 2006 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: September 8, 2008

Judge's signature

William T. Moore, Jr.
Chief Judge, U.S. District Court

Effective Date: _____
(if different from order date)  Printed name and title